IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>ANGEL FELICIANO,<br><br>　　　*Defendant.* | CRIMINAL ACTION NO.<br>5:21-cr-00020-TES-CHW-1 |

**ORDER GRANTING JOINT MOTION TO CONTINUE TRIAL**

Before the Court is the parties' Joint Motion to Continue Trial [Doc. 18]. On May 11, 2021, the Grand Jury charged Defendant Angel Feliciano with one count of Possession of a Firearm by a Convicted Felon pursuant to 18 U.S.C. §922(g) and 18 U.S.C. § 924(a)(2). [Doc. 1, p. 1]. Defendant entered a plea of not guilty on July 6, 2021. [Doc. 10].

In their motion, the parties state that additional time will allow "the parties to fully exchange discovery and the Defendant and his counsel to fully review discovery and investigate this case." [Doc. 18, ¶ 5]. The parties also argue that this continuance will allow "the Defendant and his counsel to try to resolve the outstanding issues in this case, and ensure each party has adequate time to assess, develop and implement effective legal strategies." *Id.* Lastly, the parties assert that by granting this continuance the Court will allow "[t]he Government and the Defendant sufficient time to negotiate and pursue a potential resolution of this case other than a trial, if appropriate." *Id.*

Consistent with the parties' request, the Court **GRANTS** the Joint Motion to Continue Trial filed by Defendant [Doc. 18] and **CONTINUES** this case to the Court's next regularly scheduled Trial Term—December 13, 2021. The ends of justice served by granting this continuance outweigh the best interests of the public and Defendant for a speedy trial and are in accordance with the considerations required under 18 U.S.C. § 3161(h)(7)(A) for excusable delay. *See* 18 U.S.C. § 3161(h)(7)(b)(i), (iv).

**SO ORDERED**, this 7th day of September, 2021.

S/ Tilman E. Self, III
**TILMAN E. SELF, III, JUDGE**
**UNITED STATES DISTRICT COURT**
